# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:**<br><br>**Apple IPhone S, Model: A1634, FCC ID: BCG-E2944A, IC: 579C-E2944A, IMEI: 353294075811267** | **MJ-19-62-GF-JTJ**<br><br>**ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application for a Search Warrant, Search Warrant, and Affidavit in support of Search Warrant and attachments (Attachments A-B) filed herein, are SEALED. The Search Warrant is unsealed for the limited purpose of permitting the Affiant to comply with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f).

//

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 9th day of August, 2019.

_____
John Johnston
United States Magistrate Judge